# Hamilton County Municipal Court, Cincinnati, Ohio
## Small Claims Complaint

Marcus D. Frederick, II

139 Mulberry Street, Apt. B

Cincinnati, Ohio 45202          5133711119

Plaintiff(s)                    Phone Number

Case No. 19CV30418

☐ In accordance with civil rule 4.6 (C) or (D) and 4.6 (E), an ordinary mail waiver is requested

VS.

Amount $ 1,000.00

Diversified Adjustment Service, Inc.

600 Coon Rapids Blvd

Coon Rapids, MN 55433

Defendant(s)

Plaintiff says that there is due and owing from the defendant(s) the sum of   1000   dollars

For the following reason(s):

Fair Debt Collection Practices Act (FDCPA) Violations, Emotional Distress, Mishandling of personal data.

[FILED 2019 DEC -6 A 9:43 CLERK OF COURTS HAMILTON COUNTY MUNICIPAL CIVIL]

Interest, if applicable, from the 27th day of November 2019    Plus Court Costs.

**ATTENTION: ALLOW SUFFICIENT TIME TO ENTER THE COURTHOUSE DUE TO SECURITY CHECK. DELAYS POSSIBLE.**

Notice and summons in action for money only

To: (1) Diversified Adjustment Service, Inc.          (2)

600 Coon Rapids Blvd

Coon Rapids, MN 55433

Notice to the Defendant: The court will hold trial on this claim at the Hamilton County Courthouse, 1000 Main St., Rm. 265 at 9:00 A.M. on: Jan 8, 2020

**If you do not appear at the trial, judgment may be entered against you by default**, and your earnings may be subject to garnishment, or your property may be attached to satisfy the judgment. If your defense is supported by witnesses, account books, receipts, or other documentation, you must produce them at the trial. Subpoenas for witnesses, if necessary, should be filed with the clerk at least seven (7) days before the trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least seven (7) days prior to the trial date of the plaintiff's claim. **All filings to be filed/mailed with the appropriate fees to: Hamilton County Clerk of Courts 1000 Main St. Rm. 115, Cincinnati, Ohio 45202.** If you admit the claim but desire time to pay, you may make such a request at the trial.

Memorandum to the Plaintiff

Bring your evidence and witnesses, if any, with you. Subpoenas for witnesses, if necessary, must be filed with the clerk at least seven (7) days before the trial date. **On accident cases involving a motor vehicle, you must bring your title to the vehicle.**

Plaintiff further states that to the best of their knowledge the defendant is / is not a member of the Armed Forces of the United States of America.

X _[signature]_                                    5133711119

Signature of Plaintiff/Attorney    Attorney Address Only    Phone No.    Attorney ID No.

Subscribed and sworn to before me this 6th day of December 20 19

_[signature]_
Clerk, Deputy Clerk, Notary Public